■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHANIEL WASHINGTON, Appellant.— Appeal by defendant from (1) an order of the former County Court, Kings County, dated September 21, 1961 and made after a hearing, and (2) an order of the Supreme Court, Kings County, dated April 11, 1969 and made without a hearing, each denying a separate *coram nobis* proceeding. Orders affirmed. We find no merit to the contentions of defendant that he was prejudiced because of ineffective representation by counsel and that his guilty plea was coerced. Beldock, P. J., Christ, Rabin, Hopkins and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HUGH WEBSTER, Appellant.— Upon reargument (see original determination, *People* v. *Webster*, 23 A D 2d 823), order of the Supreme Court, Queens County, dated August 28, 1964, affirmed. (See *People ex rel. Cadogan* v. *McMann*, 24 N Y 2d 233, 240.) Beldock, P. J., Christ, Martuscello, Brennan and Benjamin, JJ., concur.